United States Courts
Southern District of Texas
FILED
*April 15, 2026*
Nathan Ochsner, Clerk of Court

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **NO: 4:26-cr-231** |
| **BRAYAN CERON-ARZATE,** *Defendant* | § § | |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
**(Possession with the Intent to Distribute—aiding and abetting)**

On or about October 28, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### BRAYAN CERON-ARZATE,

did knowingly and intentionally possess with intent to distribute a controlled substance, or did aid and abet in the same, to wit:  50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); and Title 18, United States Code, Section 2.

### COUNT TWO
**(Possession with the Intent to Distribute—aiding and abetting)**

On or about November 13, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### BRAYAN CERON-ARZATE,

did knowingly and intentionally possess with intent to distribute a controlled substance, or did aid

1

and abet in the same, to wit:  50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); and Title 18, United States Code, Section 2.

### COUNT THREE
**(Possession with the Intent to Distribute—aiding and abetting)**

On or about November 17, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

**BRAYAN CERON-ARZATE,**

did knowingly and intentionally possess with intent to distribute a controlled substance, or did aid and abet in the same, to wit:  50 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); and Title 18, United States Code, Section 2.

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY

By: *Shelley J. Sullivan*
SHELLEY J. SULLIVAN
Assistant United States Attorney

2